# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CAROL JNO BAPTISTE | * | |
| Plaintiff | * | |
| v | * | Civil Action No. CCB-14-2696 |
| ERIN SHAFFER, et al., | * | |
| Defendants | * | |
| | *** | |

On September 4, 2014, this court issued an order requiring plaintiff to complete and return United States Marshal forms so the complaint could be served. ECF 3. Plaintiff was granted 21 days to complete and return the form. *Id*. Plaintiff has failed to comply with the order. Accordingly, it is this 29th day of September, 2014, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The complaint IS DISMISSED without prejudice;

2. The Clerk SHALL CLOSE this case; and

3. The Clerk SHALL PROVIDE a copy of this order to plaintiff.

_____/s/_____
Catherine C. Blake
United States District Judge